**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **SYED MUHAMMAD ALI SHAH** ) | Leave to file without |
| Camp Delta Guantanamo Bay ) | Prepayment of Cost **GRANTED** |
| Washington, D.C. 20355 ) | |
| ) | *Roger C. [signature]* |
| Petitioner ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | CASE NUMBER: 105CV1012 |
| GEORGE W. BUSH, ) | |
| President of the United States ) | JUDGE: ELLEN S. HUVELLE |
| ) | DECK TYPE: HABEAS CORPUS/2255 |
| DONALD RUMSFELD, ) | |
| Secretary, United States Department ) | DATE: MAY *19* 2005 |
| of Defense ) | |
| ) | |
| ARMY BRIG. GEN. JAY HOOD ) | |
| Commander, Joint Task Force- ) | |
| GTMO ) | |
| ) | |
| ARMY COL. BRICE GYURISKO ) | |
| Commander, Joint Detention ) | |
| Operations Group, JTF - GTMO ) | |

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T 01731
1970

Date: 26 Mar 05

**PETITIONER**: Syed Muhammad Ali Shah

(Said Mohammed Ali Shah – name shown on ID card)

To the civilian court of the United States:

I, Syed Muhammad Ali Shah, who is being held in this prison unlawfully and without any reason, am a physician specialist who was born in the city of Gardez, province of Paktia, Afghanistan in 1959, Farsi speaker, Shiat Muslim, belong to an educated family, married and have two sons and one daughter.

In 1979, after the communist and Russian invasions of Afghanistan, I left the Kabul medical school and immigrated to Pakistan and, until 1990 to 1991, occasionally traveled to Gardez to manage groups of Mudjahideens against Russians and to provide medical help to them. After the withdrawal of Russians, I immigrated to Iran and quit all political and military activities and continued my education. I finished my education and became a doctor in 1997-98; which was unfortunately the time of fascistic regime of Taliban in Afghanistan. During the Taliban regime I had preferred to spend my life in asylum abroad, as a refugee, with adversity and all its frustrations doing very low paying jobs such as driving, private teaching and so, rather than going back to Afghanistan and helping Taliban.

After the fall of the Taliban, victory of democracy, and establishment of provisional government at the end of April 2002, I went to Afghanistan and participated in the election of compulsive Loya Jirga or Grand Council (commission of gathering of elderly tribal leaders to discuss important issues of the country). I was elected as a representative through the free election of the people of Gardez under the direct provision of the United Nations.

After the conclusion of Loya Jirga, I participated in the process of solving problems of Paktia's province along with other tribal leaders. And three months later I went to Iran for the purpose of bringing my family, and from there I went to Saudi Arabia to perform the duty of Hajj (Pilgrimage to Makkah, Saudi Arabia). In August of 2003, along with my brother Dr. Ishmael and cousin Dr. Reza, returned to Afghanistan to help our deprived people and participated in Constitutional Loya Jirga. Our people welcomed me. After spending two days in Gardez at night, while I was sleeping in my father's guesthouse without committing any crime or sin, I was arrested by American soldiers and have been detained for approximately three and half months in Afghanistan and about one and half year in Cuba. Because of the false accusations and untruthful reports, unfortunately on March 22, 2005 the Combatant Status Review Tribunal determined that I am an enemy combatant. Even though I have presented legitimate information and evidence to the board (copy of my oral and written statement is available in my file), unfortunately their judgment was unfair. I protest their unreal and baseless

**FILED**

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1012

ISN 1154

GUAN-2005-T 01731
1979

determination. Therefore I am requesting a serious review of my case and my release from the detention.

Honorable authority of Civilian Court of United States:

Not only have I nothing in common with the group of Taliban and terrorist Al Qaida, but also I am totally antithetically against their ideology, thoughts and concepts. I have preferred the lowest paying jobs below my qualification rather than cooperate with them. I should have had the highest position in their government, but I have never assisted the radical and dogmatic Taliban, and never had any ties with them. I never had any motives or reason to associate with them, because me and my family and all the people of Gardez, especially the Shiats, can find everything under the shadow of the strong national and interim government and peace.

There are several reasons that indicate my opposition to Taliban's ideology:

1) They are Sunnis and fanatics who believe that Shiats were their enemies and I am an intellectual, educated and Shiat.
2) They are Pashtuns and against education, especially women's education, and I am a Farsi speaking individual and all my family is educated.
3) They are narrow minded, radical and full of anger, while I am peace loving and a logical man.
4) They were strong and powerful and I was straggly and refugee. Then why and what motivates me to oppose democracy and associate with Taliban and their like-minded? What for? What did I have during the Taliban regime that I would lose with democracy? Money? Position? Power? Political moves? Religious motives?

Civilian Court of United States:

In the Combatant Status Review Tribunal, the evidence that was presented to me was absolutely far from reality, baseless and unreasonable. Any impartial judge with a simple judicial review and a logical look will vote for untruthfulness of that evidence and my release. There were 3 categories of allegations:
1) About my last trip.
2) In connection of February 2002.
3) About Mansour's family.

In my last trip to the city of Gardez, which was an open trip, I was welcomed incomparably by the people, because according to the local culture and tradition whoever comes from the Hajj will face the precipitous welcome by the people. In this trip neither I had money, nor I brought any weapon to give it to anybody, and if they found one or two weapons in my father's compound during the search, those belonged to the people who work for the current government.

ISN 1154

GUAN-2005-T 01731
1970

Because in that compound (guest house) approximately 18 families live, certainly they had the document and permission of carrying or having those weapons. Specially, under the current circumstances and after the Pacha Khan's attack on the city of Gardez.

I wasn't in Afghanistan during February 2002. I was in Tehran, and for the first time after the fall of Taliban, at the end of April 2002, I went to Afghanistan. Therefore, all the accusations linked to events of that period of time are false. I was living as a refugee in Tehran and had participated in a number of conferences and supported the Karzai government. If I had the slightest involvement with this incident or if I was part of that, if I had the smallest cooperation with the groups opposing international coalition forces, during the election of compulsive Loya Jirga (Grand Council), when the United Nations was gathering information about all the delegates and the representatives, my political opponent would have reported this to them at that time. You can inquire about this issue.

The other allegations were about my ties with an individual named Saiful Rahman Mansour. I only heard his name from the Radio after the fall of Taliban. During the Jihad and the mujahideen's power he wasn't present. I did Jihad alongside with mujahideen against Russians when Nasrullah Mansour was one of the leaders, and he died in 1993. After that I did not have any ties with his family since they are not from Gardez. I do not even know them. Therefore, how could I have played a role about the move of his family, or even brought money from him or know his followers? I answered these accusations in a lie detector test and passed. All these accusations are baseless and full of lies - it is not true. The architects of these accusations are not only disagreeing with the current government and democracy, but also they are long time enemies of the United States in their ideological faith. I am certain that the communists of Gardez are involved in this conspiracy and those who had political, ideological and tribal differences with me. They want to reach their goals by putting me in captivity. Some of their goals are as follows:

1) Getting rid of their rivals.
2) Gaining a position in the current government and the coalition forces because of their past bad experience and their cooperation with the communist regime and the Russians.
3) Damaging the United States reputation among the people by arresting innocent and public servants.
4) Scaring political rivals and the Mujahideen.
5) Personal revenge against me.
6) Taking money from Americans.

The above referenced items have been explained in detail in the tribunal and, if necessary, I will explain it to the civilian court as well. I personally was never against the central government of Afghanistan. Generally, people of Gardez see the current government as their protector and the strong central government as their savior from all their problems. People of Gardez are the only Farsi speakers and have differences in culture, tradition and customs from the Pashtun's of Paktia, Paktika and Khost. In

ISN 1154

GUAN-2005-T 0173!

regards to prejudice and differences in tribal, language, ethnicity and culture in Afghanistan, people of Gardez see the current government and the coalition forces as their friend and protectors, especially the Shiats of Gardez, who for years felt exclusion and bore oppression. Therefore, they welcome democracy and look at it as a point of hope.

For these reasons my family, who is educated, is ready to go back to our country. Also, now my brothers are returned from abroad and are busy serving the people. My wife and I went back to my country with the same hope to participate in establishment of the new government; unfortunately, I was arrested from my home without any proof of wrong doing, with false accusations, wrongfully with baseless lies. I am being held unlawfully. Thus, I humbly request this court to help me to review my case with justice, and order my release because I am not guilty and I didn't cooperate with any guilty party, so my family and I can be freed from all these problems.

NOTE: This is not an official translation.

ISN 1154

GUAN-2005-1

PETITIONER: (DETAINEE'S NAME)

بسم حكم ملكى ادارات متحده !

[متن دست‌نویس به زبان فارسی/دری — چندین پاراگراف]

Signed: _____　　　　Date: 25-3-05

ATCH 1

ISN 1154

GUAN-2005-T 01731
1974

## PETITIONER: (DETAINEE'S NAME)

② حکم هرسی واقعیت جنگی فیصله و دشمن جنگی و ببایند بودن بنده عفت است ، اگرحم والاسال رسول الله استند بدون حکم اسلام کرم (ﷺ) آنان دوست بنده ده که هرکه ملکه مجید و نقدر رای نیز والش پیک کرم (؟) اما مستحق پیغام رای آنها عادلانه نبودن و بنده : آن فیصله و رتبات واحی و بدون استندن معترض بعد از آن حکم که خاص رسیدگی جدیر را جهت رصای الزرزندان دالم ۱۸،۱۱،

متاع محترم حکم کلی ابلاعات متبی:

بنده و گروه طالبان و گروه تروریست القاعده نه نتیجا جمع وجه اشتراک و شخصیت ندالم کنم، بذج ، اندیشه ، فکر و عملکرد آنها در نقطم خوک ، دستند آنها کولادعلم من در طل دوران حاکمیت طالبان جهاد لبه و باچو تحدیدت عالمی شتن صد را بدون شخصیت خدر را دروچوت بجهاری با آنها بیشتر حی داشتم ، و اگر : طالبان راکلم حی داشتم و بیا آنها حجکاری حی کردم ، بیدجترین واقعیت صدا در حکومت آنها عدالتم من صبح وقت بگروه مقصب و متحیی طالبان جهکاری، پیکرو وحی راطلم با آنها نداشتم در رحیم انگلیزه نیز جرا حجکاری با آنها نداشتم ام جون من و کاوله ما وطح مهم کردم خصوص تیبیال هم چیز با در بد حکومت ملر و مرکزی کا قوی و صح بدست آمده حی کوالنیم.

سی بگند طالبانی و حکومت آنها بدلایل منقد خلاف لیدم انا را بخلم!

① آنها ملرم مقصب اصل سنت لبده پشیعم رادشمن حوالند و من راه کاهی تجیسکرد و شیعه هاست حتم

② آنها پشتون رخاف نحدیدت بجموحی آها خان بده حشند و من کارمنگ ریان و حم کانوال با تجیسکرد.

③ آنها تنگ نظر ، افراطی وخشنونت کلب بده و من صح دوست واحل شفق

④ آنها شهرت خداشتند و حاکم لبدند و من آه کاله وحها جو

سی بگآها و بگدام انگیزه : دوست دیگرازاین خالت حیکرم و ، طالبن وهلفدران آنها کمک وحجکاری حاکس دار چه ؟ من دردوران حاکمیت طالبان چ داشتم ؟ کرا : آها دیگرابن الارت والاحلام ؟ پول ؟ مقام ؟ قدرت ؟ انگیزه سیاسی ؟ انگیزه مذهبی ؟

Signed: _____    Date: 28-3-05

ATCH 1

ISN 1154

PETITIONER: (DETAINEE'S NAME)

③

GCN-2005-T 01731
1970

[Handwritten Persian/Dari text, multiple paragraphs numbered ①②③④]

Signed: _____   Date: 25-3-05

ATCH 1

ISN 1154

GUAN-2005-T 01731

١٩٧٠

**PETITIONER: (DETAINEE'S NAME)**

④

حیدر کرم به نام کرنفرالله منصور درسال ۱۳۷۱ ( ۱۹۹۳ ) کشته شد و عبدالله آن مکی طالع رایم
به اعضای خانواده لعبدالاشترام وحوض آنها اند گزیر نمو، اشند علما آنها را نمی شناسم.
من چگونه من در استقبال قابل گرفتی داشتم و با لادطرف او پول که دو لم و با
طرف مخالفان او را نمی شناسم ؟    من هم این اتهامات را در ما ضیین بدروغ سنجی جواب داده ام
و می دانستم هم این تهمت هابی اس بی دروغ است و بدون حقیقت می باشند.

این تهمت ها لادمرات کس نا طراحی شده اند که به تنهی مخالف حکومت فعلی
وحاکمیت دموکراسی نمو، اشند یعنی : ایالات متحی پیش از قدم او لاظه اعتقاد دلا را ایدلوژیکی
دشمنی دلاند و من یقین دانم که دین لم طلم گم نستی کا گریز سهیم بود اند و چیان کک نی
کم، مبلاء لاد لظری به اسلام - عسکری - قوی و ... گفتار داشته اند ولاد استگیری من هم خوا استه اند.

اعوات حقیر بر مستند بعضی اعوات آنها عبورت است از :

① لذ صحمنه بکر کرد رقیب    ② بدست آوردن موفقیت مزد دولت جوید و
نیدوی لذ استد ت ، علت سا بقه بد وهکار کان، برژیم گم نستی و درسکا

③ صدر کردن : ایالات متقی با لادولت داول امضاد نزد افکا عوی ، و استگیری اولاد کان وعلام

④ شنا شدن رقبای سیاسی و حی حدین

⑤ انتقام شخص لذ بند و ④ گرفتی پول و اجوت لاد آمریکا نیجا .    محلی ملکی

به کم ، مبلاد حق کم منصور آن در جلسه حکم بررسی مرتقبت جنگی بین ن آزرریه وتره اگگ
حکم لادم بداند در حضور آن حکم تشریح خطرلم لاد . میند هیچگاه با دوست مرکزل زفتستن
خوان میخواه وعموماً مدم کریز درست فهی را جا می خوند و دولت مرکزل را قوی کا قوی را دهکت حفظ
لاز هم گمکلات میدائند چون مدم کریز دربن هم پشتون هس میشط ولایت گینه
کینه وحلسه نی کارس بن ن هستند که با آنها لاد ها فرهنگی ، علضنا ت و رسومات
مشکارت لبن و با توج ، لاد کحمی ب و لقشا رهگا قوی بل نی - ندازوری و فرهنگی موجد

Signed: _____    Date: ٢٥ - ٣ - ٠٥

ATCH 1

ISN 1154

GUAN-2005-T 01731
1970

⑤

PETITIONER: (DETAINEE'S NAME)

_____

مردم افغانستان مردم کریز دولت فعلی را و نیروهای ائتلاف جهانی را دوست و حامی خود
می دانند لجهوران شیطان کریز که باعث قرمت را دیده اند و اطلاع که رهبر انجمن
کرده اند که مدل ریکارمر را نقطه رسیده و رانتد و چون دلیل هم کابل ده مکزم لخصیترد
هستند حال بر کشت و مجن طاهر و هین آلان ها اداین لذر کریز و خدمت مردم مشغول اند
ولا مهاجرت بر کشته اند

من بشر و حین اسید و میلن و بر کشتم که همراه با قائم حفظ در استقلاب دولت جدید سلیم
باشم که مقام با ححه ارما و دروغ و ناحق و لیدون علی کانون لاورینیزال خذ
بدون لنگتاب هیچ چرح و بدون کنه دستگیر و لیدون علی کانون تگهداری می نکیم
سیر لا دارد حکم تفاصنه واقع و ولد من مظلوم لیدای میزید و با قتل علای لقه بر دوسیه
شده را بوطن خویش حکم براست مرا که نه مجرم دیم با هیچ چرح هگار ی کردم جدا نباشید
من و یا گول اهم کلری هم مگلان رهان شده

_____
_____
_____
_____
_____
_____
_____
_____

Signed: _____    Date: __25-3,05__

ATCH 1

ISN 1154