UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SYED MUHAMMED ALI SHAH, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 05-1012 (ESH) |
| GEORGE W. BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) |

## ORDER

The above-captioned matter was filed *pro se*. Defendants have filed a Motion to Stay Proceedings Pending Related Appeals [#2] in the cases of *Khalid v. Bush*, No. 04-CV-1142 (RJL); 355 F. Supp. 2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. March 2, 2005), and in *In re Guantanamo Detainee Cases*, No. 02-CV-0299, *et al.*, 355 F. Supp. 2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir.). Consistent with prior rulings by this Court, the motion for a stay will be granted and the protective order issued by Judge Joyce Hens Green in the coordinated cases to this action will be applicable. *See In re Guantanamo Bay Detainee Cases*, 344 F. Supp. 2d 174 (D.D.C. 2004). The Court, however, will reserve ruling on the issue of when factual returns will need to be filed pending appointment of counsel in the above-captioned case.

Accordingly, it is this 29th day of June, 2005, hereby

**ORDERED** that the protective order issued by Judge Green is applied to this case; and it is

**FURTHER ORDERED** that this case is stayed pending the resolution of all appeals. This stay shall not, however, prevent the parties from filing motions for emergency relief or from addressing the issue of the timing for filing factual returns; and it is

**FURTHER ORDERED** that respondents shall furnish a copy of this Order to petitioner.

                                                  s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Court