UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI NASRAT,<br><br>         Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>         Respondents. | Civil Action No. 05-0880 (ESH) |
| SYED MUHAMMED ALI SHAH,<br><br>         Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>         Respondents. | Civil Action No. 05-1012 (ESH) |

## ORDER

The above-captioned cases were filed *pro se* by two Guantanamo detainees. It is apparent that these cases are duplicative of *Mousovi v. Bush*, 05-CV-1124 (RMC), where the plaintiffs are being represented by counsel. The Court will therefore order the Clerk's Office to administratively remove the above-captioned matters from this Court's docket.



                                                  s/
                              ELLEN SEGAL HUVELLE
                              United States District Court

Date: January 9, 2006